IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEON STAMBLER,<br><br>               Plaintiff,<br><br>v.<br><br>THE CLEARING HOUSE ASSOCIATION LLC,<br>and<br>THE CLEARING HOUSE PAYMENTS<br>    COMPANY LLC,<br><br>               Defendants. | Civil Action No. 2:12-CV-610<br><br>Honorable Rodney Gilstrap |

### AFFIDAVIT OF DANIEL APGAR

STATE OF NEW YORK   )
                             :ss.
COUNTY OF NEW YORK )

I, Daniel Apgar, being duly sworn, deposes and says:

1.     I am over the age of twenty-one (21) and fully competent to furnish this Declaration.

2.     I am an employee of Fitzpatrick, Cella, Harper & Scinto.

3.     I have personal knowledge of the matters set forth in this Affidavit.

4. Attached hereto as **Exhibit A** are true and correct copies of pertinent excerpts from the *Stambler v. RSA Security, Inc.* trial transcript (No. 01-CV-00065-SLR, docket entry 443), dated Feb. 26, 2003.

5. Attached hereto as **Exhibit B** is a true and correct copy of a current webpage containing an Electronic Computer Corporation advertisement, listing the corporation's New York address, available at BLOG.MODERNMECHANIX.COM.

6. Attached hereto as **Exhibit C** is a true and correct copy of a webpage showing Consolidated Edison's connections to the New York City area, available at SYRACUSEUNIVERSITYPRESS.SYR.EDU.

7. Attached hereto as **Exhibit D** are true and correct copies of the respective cover pages of U.S. Patent Nos. 3,290,446 and 3,714,396.

8. Attached hereto as **Exhibit E** is a true and correct copy of a Westlaw Real Property Transaction Record for "534 Longacre Ave., Woodmere, N.Y. 11598-2308."

9. Attached hereto as **Exhibit F** is a true and correct copy of the cover page of U.S. Patent No. 5,793,302.

10. Attached hereto as **Exhibit G** are true and correct copies of pertinent excerpts from the prosecution file wrappers for U.S. Patent Nos. 5,793,302; 5,267,314; and 5,524,073.

11. Attached hereto as **Exhibit H** are true and correct copies of pertinent excerpts of webpages showing the present employment of attorneys Leslie L. Kasten, Jr., Clark A. Jablon, and Martin G. Belisario at the Panitch, Schwarze, Belisario & Nadel law firm in Philadephia, PA, available at PANITCHLAW.COM.

12. Attached hereto as **Exhibit I** is a true and correct copy of a webpage showing the present employment of attorney Michael Q. Lee at the Sterne, Kessler, Goldstein and Fox law firm in Washington, D.C., available at OEDCI.USPTO.GOV/OEDCI/.

13. Attached hereto as **Exhibit J** is a true and correct copy of a webpage showing the present employment of attorney Joseph B. Lerch in Edison, NJ, available at LINKEDIN.COM.

14. Attached hereto as **Exhibit K** is a true and correct copy of a webpage from GPSVISUALIZER.COM, which depicts roughly 20 miles between the Joseph B. Lerch Law Office, at 3 Pendleton Place, Edison, N.J. 08820, and the Southern District of New York Courthouse, at 500 Pearl Street, New York, N.Y. 10007.

15. Attached hereto as **Exhibit L** is a true and correct copy of a webpage from GPSVISUALIZER.COM, which depicts the less than 100 mile distance between the Panitch, Schwarze, Belisario & Nadel law firm, at 2005 Market Street, Philadelphia, Pa. 19103, and the Southern District of New York Courthouse.

16. Attached hereto as **Exhibit M** is a true and correct copy of a webpage from GPSVISUALIZER.COM, which depicts roughly 1260 miles between the Southern District of New York Courthouse and the courthouse of the Marshall Division of the Eastern District of Texas, at 100 East Houston Street, Marshall, Tex. 75670.

17. Attached hereto as **Exhibit N** are true and correct copies of the respective Judicial Caseload Profiles for the Southern District of New York and the Eastern District of Texas, provided by USCOURTS.GOV.

18. Attached hereto as **Exhibit O** are true and correct copies of pertinent excerpts from "Table C-7: U.S. District Courts – Intellectual Property Cases, Securities/Commodities/

Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2011", provided by USCOURTS.GOV.

19. Attached hereto as **Exhibit P** are true and correct copies of pertinent excerpts from the "U.S. District Courts Additional Authorized Judgeships" table, provided by USCOURTS.GOV.

20. Attached hereto as **Exhibit Q** is a true and correct copy of a webpage, provided by GOOGLE.COM/FLIGHTS, indicating the number of presently available nonstop flights between Winston-Salem, N.C. and New York, N.Y.

*Daniel Apgar*
Daniel Apgar

Subscribed and sworn to me in the State of New York,
County of New York, this 21st day of December, 2012.

*[signature]*
Notary Public

ROBERT J. CZARNECKI, JR.
Notary Public, State of New York
No. 02CZ6218006
Qualified in New York County
Commission Expires 2/22/2014