# Exhibit B

· Ads by Google·    Digital Output    Games Computer    Personal Computer    Computer Time Clock



**SPONSORS:**



## ANNOUNCING A GENERAL PURPOSE DIGITAL COMPUTER (Sep, 1952)

Not too shabby for $62K in 1952, this thing operates at .12Mhz has roughly 2K of memory and each tape holds around 360K.

Plus for all you case modders, it already comes with 200 glowing tubes. Try to beat that with your little LEDs.



*Scientific American*
Issue: **Sep, 1952**
Posted in:
**Advertisements**,
**Computers**
Tags: **computer ads**
Posted: 03/31/2006

**8 Comments**



**SEARCH:**

Search

**CATEGORIES:**

Select Category

**ARCHIVES:**

Select Month

**SUBSCRIBE**

 *RSS - Posts*

 *RSS - Comments*

**RECENT COMMENTS**

**DrewE:** The lighting fixture described on the last page was apparently in the Alhambra theatre, which was razed in the early 1960s. ` – **Dec 19, 10:56 AM**

**Hirudinea:** Cool, I always wanted to be a quack! ` – **Dec 19, 10:50 AM**

**Hirudinea:** I'ed build this but where would I find a wooden barrel? ` – **Dec 19, 10:49 AM**

**jayessell:** I thought those were called 'Velocipedes'. The icon of The VILLAGE from the TV series The Prisoner. Also... Years ago that in-the

Case 2:12-cv-00610-JRG   Document 25-4   Filed 12/27/12   Page 3 of 3 PageID #: 246

**ANNOUNCING A GENERAL PURPOSE DIGITAL COMPUTER
to meet all your
COMPUTING NEEDS**

Price $62,500
complete with tape drive and typewriter
Available 120 days*

ELECOM 110 — SPECIFICATIONS

MEMORY—magnetic drum, 512 word capacity. WORD LENGTH—30 binary digits and sign.

ARITHMETIC OPERATIONS—Addition; Subtraction; Multiplication (with round-off); multiplication (complete product); Division (with round-off); division (with remainder).

LOGICAL OPERATIONS— extraction; shift right; shift left; tally; overflow branch; conditional transfer of control (branch); halt; input and output operations.

MAGNETIC TAPE UNIT —single unit, using 1/2″ plastic tape on 1200 ft. reels. Data recorded in four channels including sprocket channel; 64 words per block, 1500 blocks (96,000 words) per reel. Programmed operations: read one block; record one block; move tape backward one block without reading or recording.

TYPEWRITER—Flexowriter fully controlled by machine. Programmed output operation calls for typing out blocks of 64 words on eight lines with automatic carriage returns and spaces between words, using octal representation, or typing out any number of words using decimal and alphabetic representation. Manually initiated input of single word to any desired address, or sequences of words with any desired starting address, Input may be either octal or decimal and alphabetic.

SPEED OF OPERATION— basic pulse rate 120 kcs., average time for internal operations 40 milliseconds, tape instructions approximately 1-1/4 seconds per block, typing out operation at rate of 10 characters per second.

EQUIPMENT SPECIFICATIONS—approximately 200 tubes and 2000 crystal diodes; power consumption approximately 3 kva., 120 volts AC. Main computer 6 ft. high, 16 sq. ft. floor area, mounted on casters. Control desk (34″ x 60″) holds typewriter, tape drive and control panel.

EASE OF MAINTENANCE – Construction is chiefly of flat chasses mounted on racks freely accessible on both sides making parts conveniently accessible for maintenance. Extensive use of standardized plug-in components permits rapid replacement and test and repair if needed of suspected components without shutdown of machine. Various manual controls are provided for the convenience of maintenance personnel including operation for one cycle or one instruction at a time, repeat of one operation, synchronization of test oscilloscopes, etc. Tape operation is checked continually by use of an auxiliary channel using the so-called "odd" pulse check per character.

Inquiries should be addressed to the Development Department

ELECTRONIC COMPUTER CORPORATION
Founded 1949

Executive Offices:
160 Avenue of the Americas
New York 13, N. Y.

Laboratory and Plant:
265 Butler Street
Brooklyn 17 N. Y.



Related posts:

1. Remington Rand introduces the ERA 1103 general-purpose computer system (Mar, 1953)
2. Become a well-paid computer programmer (Jun, 1970)
3. IN RETURN FOR CHARACTER .. A CAREER (Jan, 1956)

wheel engine, that converts... ` – **Dec 5:33 AM**

**Heracles:** And here we are, 80 years later: http://www.examiner.com/article/w-burning-cell-phone-chargers-at-the-sandy-nyc-disaster ` – **Dec 18, 6:25 PM**

**TAGS**

Airships Alternative Energy Art Audio Equipment Bell Telphone Cartoons Chemical Warfare Christmas Clothing Computer Ads Correspondence School Crafts Dair Diving Electronics Fax Food Furnit Giant Sized Golf Guns Headgear Hobbies Housewif Aids How Its Made In T Future Inventions Wanted Lighting Magic Models Musical Instruments Parking Phonograph Radioactivity Remington Rand Rockets Shaving Smokin Telescopes Tom McCahill Trailers Typewriters Useful Whats New Worlds Fair

View All Tags

**MISC**

Log In
Register
Contact

**FRIENDS/FAMILY**

Anthology Film Archives
Danny Shopsin
Jason Fulford
Shopsin's Novelties
Shopsin's Restaurant
Tamara Shopsin
The House I Live In
The House I Live In – Trailer

**FIND MAGAZINES**

Antique Magazine Emporium
J&J Collectibles
Michelle's Paper Palace
More Magazines
Now And Then Odds And Ends
OLD VINTAGE MAGAZINES
Paper Time Machine
Paperback Swap
PriceRiot Vintage Magazines
South Dakota Stuff

**SITES I LIKE**

Agence Eureka
Atlas Obscura
Bedazzled!
BibliOdyssey
Boing Boing