# Exhibit D-2

# United States Patent [19]
## Stambler

[11]  **3,714,396**
[45]  **Jan. 30, 1973**

[54] **GRAVITY FEED CARD TRANSPORTS AND READERS**

[76] Inventor: Leon Stambler, 534 Longacre Avenue, Woodmere, N.Y. 11598

[22] Filed: May 15, 1970

[21] Appl. No.: 37,751

[52] U.S. Cl. ...235/61.11 C, 179/90 CS, 194/DIG. 6, 235/61.11 E, 235/61.11 R, 346/85
[51] Int. Cl. ...G06k 13/07, G06k 7/10, H04m 1/26, G07f 7/02, G01d 15/14
[58] Field of Search ....235/61.11 B, 61.11 E, 61.7 B; 179/6.3 CC, 90 CL; 194/DIG. 6, 4 C, 4 G; 250/219 D; 226/56, 130; 271/57; 346/85; 200/46

[56]     **References Cited**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,968,521 | 1/1961 | Gross | 346/85 |
| 3,527,406 | 9/1970 | Snellman | 235/61.11 R |
| 3,423,037 | 1/1969 | Good | 226/56 X |
| 3,243,532 | 3/1966 | Bondune | 200/46 |
| 3,171,020 | 2/1965 | Lord | 235/61.11 C |
| 3,320,369 | 5/1967 | Hershey | 179/90 CL |
| 3,328,589 | 6/1967 | Ferguson | 250/219 I |
| 2,670,066 | 2/1954 | Bruce | 194/DIG. 6 |
| 2,792,148 | 5/1957 | Goldenberg | 194/DIG. 6 |
| 3,470,358 | 9/1969 | Sallach | 235/61.11 R |
| 3,592,972 | 7/1971 | Lane | 179/90 CS |

*Primary Examiner*—Maynard R. Wilbur
*Assistant Examiner*—Robert M. Kilgore
*Attorney*—Arthur L. Plevy

[57]     **ABSTRACT**

An inexpensive card transport or reader serves to move a credit card or other similar type card as an identification card or the like by means of gravitational forces along a path on a surface which may be inclined with respect to the horizontal plane. The card is alternately enabled and restrained from moving by a suitable selectively operated electromechanical assembly, such as a solenoid to enable sensing elements to respond to information printed on said card. The sensing elements are used for converting the information into electrical signals having repetition rates determined by cycling means for activating the solenoid or electromechanical assembly.

**8 Claims, 9 Drawing Figures**

