# Exhibit E

APN: 39462 03470                                                                                                  Page 1

### Real Property Transaction Record

#### Source Information

| | |
|---|---|
| **Filings Current Through:** | 10/09/2012 |
| **County Last Updated:** | 11/28/2012 |
| **Frequency of Update:** | WEEKLY |
| **Current Date:** | 11/29/2012 |
| **Source:** | COUNTY CLERK, NASSAU, NEW YORK |

#### Owner Information

| | |
|---|---|
| **Owner(s):** | TODFELD MICHAEL |
| **Property Address:** | 534 LONGACRE AVE<br>WOODMERE, NY 11598-2308 |
| **Mailing Address:** | 10553 FLATLANDS 6TH ST<br>BROOKLYN, NY 11236-4637 |

#### Property Information

| | |
|---|---|
| **County:** | NASSAU |
| **Assessor's Parcel Number:** | 39462 03470 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Building Square Feet:** | 1606 |

#### Transaction Information

| | |
|---|---|
| **Transaction Date:** | 02/12/1992 |
| **Seller Name:** | STAMBLER LEON & RUTH |
| **Sale Price:** | $279,000.00 |
| **Deed Type:** | GRANT DEED |
| **Type of Transaction:** | RESALE |
| **Mortgage Amount:** | $165,000.00 |
| **Mortgage Type:** | CONVENTIONAL |
| **Lender Name:** | SFS MGMT CO |
| **Recording Date:** | 08/11/1992 |
| **Recording Book/Page:** | BOOK 10194, PAGE 433 |
| **Construction Type:** | RESALE |
| **Purchase Payment:** | MORTGAGE |

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

APN: 39462 03470 Page 2

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.