# Exhibit G-1

"Express Mail Mailing Label"
Number  EM131838914US
Date of Deposit  **November 12, 1996**

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

Name: Mike Browne

Signed: _____

PATENT
Attorney Docket No. 6074-1 U5
**BOX PATENT APPLICATION**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

   This is a request under 37 C.F.R. §1.60 for filing a

[X]  Continuation application (Group Art Unit 2202)

[ ]  Divisional application.  Anticipated classification
     Class_____, Subclass_____,

of pending prior Application No. __08/446,369__, filed

on __May 22, 1995__ of __Leon Stambler__
                                    inventor(s)

for __SECURE TRANSACTION SYSTEM AND METHOD UTILIZED THEREIN__

(title of invention)

[X]  Enclosed is a copy of the prior application as originally filed including:

   [X]  __15__ sheets of drawings (informal)

   [X]  a properly executed Declaration and Power of Attorney.

[X]  I hereby verify that the attached papers are a true copy of the prior application identified above as originally filed.

-1-

PSJN2/62441.1

[ ] Applicant(s) hereby claim the right of foreign priority under 35 U.S.C. §119(a)-(d) based on the following application(s):

| Country: | Application No.: | Filing Date: |
|---|---|---|
| | | |
| | | |
| | | |

[ ] A certified copy of the priority document(s) is of record in the prior application or application S.N. _____, filed _____.

_____  _____

[X] Applicant(s) hereby claim the right of priority under 35 U.S.C. §120 based on the following U.S. application:

| Appln. No.: | Filing Date: | Status: |
|---|---|---|
| 08/446,369 | May 22, 1995 | pending |
| 08/122,071 | September 14, 1993 | issued |
| 07/977,385 | November 17, 1992 | issued |

[X] Cancel claims 1-63

[X] Amend the specification by inserting before the first line:
--This is a continuation of Application No. 08/446,369, filed May 22, 1995, which in turn is a division of Application No. 08/122,071, filed September 14, 1993, now U.S. Patent No. 5,524,073, which in turn is a division of Application No. 07/977,385, filed November 17, 1992, now U.S. Patent No. 5,267,314.
  now US Patent 5,646,998
This application is related to Application No. 08/445,477, filed May 22, 1995, and Application No. 08/445,612, filed May 22, 1995, now U.S. Patent No. 5,555,303.--

[X] A preliminary amendment is enclosed.

[X] An Information Disclosure Statement is enclosed.

[X] A proposed drawing amendment is enclosed.

[X] New formal drawings are enclosed for replacing the informal drawings filed in the prior application. The new formal drawings incorporate the changes requested in the proposed drawing amendment.

[X] The power of attorney in the present application is to the attorneys and agents in the firm of Panitch Schwarze Jacobs & Nadel as listed in:

  [ ] A new Declaration and Power of Attorney is enclosed.

  [X] The power appears in the prior application, as filed.

-2-

[ ]   The prior application is assigned to _____

[X]   Address all future communications to the undersigned at the address and telephone number set forth below.

[X]   A Verified Statement Claiming Small Entity Status:

    [X]   was filed with the original application No. 07/977,385, and such status is still proper and desired (37 C.F.R. §1.28(a)).

    [ ]   is enclosed herewith.

The filing fee is calculated below:

| CLAIMS | NO. FILED | NO. EXTRA | SMALL ENTITY BASIC FEE $385 | | | LARGE ENTITY BASIC FEE $770 | |
|---|---|---|---|---|---|---|---|
| TOTAL | 44-20= | 24 | x11= | $264 | OR | x22= | $ |
| INDEPENDENT | 13-3 = | 10 | x40= | $400 | OR | x80= | $ |
| MULTIPLE DEPENDENT CLAIMS PRESENT | | | x130= | $ | OR | x260= | $ |
| | | | TOTAL | $1,049 | OR TOTAL | | $ |

[X]   The Commissioner is hereby authorized to charge any of the following fees which may be required, or credit any overpayment, to Deposit Account No. 16-0235. One additional copy of this request is enclosed for accounting purposes.

[X]   The above calculated filing fee  $   1,049.00   .

[X]   Any additional fees required under 37 C.F.R. §1.16 or §1.17.

[X]   If the filing of any paper during the prosecution of this application requires an extension of time in order for the paper to be timely filed, applicant(s) hereby petition(s) for the appropriate extension of time pursuant to 37 C.F.R. §1.136(a).

Respectfully submitted,

Nov 8, 1996
(Date)

By: _____
LESLIE L. KASTEN, JR.
Registration No. 28,959
PANITCH SCHWARZE JACOBS & NADEL
1601 Market Street - 36th Floor
Philadelphia, PA 19103-2398
Telephone: 215-567-2020
Telecopier: 215-567-2991

LLK:amh
Enclosures

-3-