# Exhibit G-2

08/747174 #3
Prior Art

"EXPRESS MAIL" Mailing Label No. **EM131838914US**

PATENT

MAIL ROOM
47 NOV 12 1996
PAT. & TRADEMARK OFF.

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re: | Patent Application of Leon Stambler | : Group Art Unit: 2735 |
| Applic. No.: | | : Examiner: |
| Filed: | Herewith | : |
| For: | SECURE TRANSACTION SYSTEM AND METHOD UTLIZED THEREIN | : Attorney Docket No. 6074-1U5 |

RECEIVED
MAR 1 2 1999
Group 2700

### INFORMATION DISCLOSURE STATEMENT

It is requested that the references listed on the attached Information Disclosure Citation Form PTO-1449 be considered by the Patent Examiner in connection with the above-identified application and be made of record therein.

All of the references cited herein were previously cited and either submitted by Applicant or made of record by the Examiner in related Application Nos. 08/446,369 filed May 22, 1995 (pending); 08/445,612 filed May 22, 1995 (now U.S. Patent No. 5,555,303); 08/445,477 filed May 22, 1995 (allowed); 08/122,071 filed September 14, 1993 (now U.S. Patent No. 5,524,073); or 07/977,385 filed November 17, 1992 (now U.S. Patent No. 5,267,314), and thus are not enclosed.

The present application is a continuation of Application No. 08/446,369, filed May 22, 1995, which in turn is a division of Application No. 08/122,071, filed September 14, 1993, now U.S. Patent No. 5,524,073, which in turn is a division

of Application No. 07/977,385, filed November 17, 1992, now U.S. Patent No. 5,267,314.

      Independent consideration and acknowledgment of the listed references are respectfully requested.

Respectfully submitted,

**LEON STAMBLER**

_____Nov 8, 1996_____   BY: _____[signature]_____
      (Date)
                               Leslie L. Kasten, Jr.
                               Registration No. 28,959
                               **PANITCH SCHWARZE JACOBS & NADEL, P.C.**
                               1601 Market Street, 36th Floor
                               Philadelphia, PA 19103
                               Telephone: (215) 567-2020
                               Facsimile: (215) 567-2991

Enclosure (PTO-1449 - three sheets)