# Exhibit G-3

69916 U.S. PTO

06/16/97 I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON, D.C. 20231, ON THE DATE INDICATED BELOW.

BY Elizabeth A. McLeod  DATE 6/13/97

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Patent Application of Leon Stambler | : | Group Art Unit: 2211 |
| Appln. No.: | 08/747,174 | : | Examiner: B. Zimmerman |
| Filed: | November 12, 1996 | : | |
| For: | METHOD FOR SECURING INFORMATION RELEVANT TO A TRANSACTION (as amended) | : | Attorney Docket No. 6074-1U5 |

RECEIVED JUL 1 0 1997 GROUP 2200

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

The Supplemental Information Disclosure Statement submitted herewith is being filed before the mailing date of a first Office Action on the merits. 37 CFR 1.97(b).

It is requested that the reference listed on the attached Information Citation Form PTO-1449 be considered by the Patent Examiner with the above-identified application and be made of record herein.

Independent consideration and acknowledgement of the listed reference is respectfully requested.

PSJN2/102587.1

- 1 -

                          Respectfully submitted,

                          **LEON STAMBLER**

  6/13/97      BY: _/s/ Clark A. Jablon_
  (Date)
                          Clark A. Jablon
                          Registration No. 35,039
                          **PANITCH SCHWARZE JACOBS & NADEL, P.C.**
                          1601 Market Street, 36th Floor
                          Philadelphia, PA 19103
                          Telephone:  (215) 567-2020
                          Facsimile:  (215) 567-2991

CAJ:LLK:eam