# Exhibit G-4

"Express Mail" mailing label
"number_____ TB 255737 88
Date of Deposit___ Nov. 17, 1992

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" Service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Name: ANN M. HANSBURY
Signed: Ann M. Hansbury

[Stamp: NOV 17 1992 MAIL ROOM PATENT & TRADEMARK OFF.]

01 977385

PATENT

Attorney Docket
No. 6074-1

Hon. Commissioner of Patents
   and Trademarks
Washington, D.C.  20231

**Attn:** **BOX PATENT APPLICATION**

**Transmitted herewith for filing is** the ____**utility**____ patent
                                          (type)
**application** of Inventor(s): **Leon Stambler**

For: **SECURE TRANSACTION SYSTEM AND METHOD UTILIZED THEREIN**

Enclosed are:

[X] Specification and claims with executed Declaration.
[ ] Specification and claims with unsigned Declaration.
[X] Fifteen (15) sheets of drawings (informal) plus two copies.
[ ] An assignment of the invention to _____
[ ] A certified copy of Application No. _____
[X] A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.
[ ] Preliminary Amendment/Information Disclosure Statement.

The filing fee has been calculated as shown below:

| CLAIMS | NO. FILED | NO. EXTRA | SMALL ENTITY BASIC FEE $ 355 | OR | LARGE ENTITY BASIC FEE $710 |
|---|---|---|---|---|---|
| TOTAL | 63  -20= | 43 | x11= $ 473 | OR | x22= $ |
| INDEPENDENT | 18  -3= | 15 | x37= $ 555 | OR | x74= $ |
| MULTIPLE DEPENDENT CLAIMS PRESENT | | | 115= $ | OR | +230= $ |
| | | | TOTAL $1,383 | OR TOTAL | $ |

The Commissioner is hereby authorized to charge payment of the following fees or credit any overpayment to Deposit Account No. 16-0235. Two additional copies of this sheet are enclosed.

[X] The above calculated filing fee    $1,383.00

[X] Any additional fees required under 37 C.F.R. §1.16 or §1.17.

[X] If the filing of any paper during the prosecution of this application requires an extension of time in order for the paper to be timely filed, applicant(s) hereby petition(s) for the appropriate extension of time pursuant to 37 C.F.R. §1.136(a).

Respectfully submitted,

11/17/92
(Date)

By: _____
Michael Q. Lee
Registration No. 35,239
PANITCH SCHWARZE JACOBS & NADEL
1601 Market Street - 36th Floor
Philadelphia, PA 19103
Telephone: 215-567-2020

MQL:amh
Enclosures

- 2 -