# Exhibit G-5

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, ON THE DATE INDICATED BELOW.

BY _____
DATE January 29, 1993

*[MAIL ROOM FEB 1 1993 stamp]*
*[RECEIVED FEB 1 1 1993 stamp]*

PATENT
Box Non-Fee Amendment

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re: | Patent Application of Leon Stambler | : Group Art Unit 2202 |
| Serial No.: | 07/977,385 | : Examiner: To Be Assigned |
| Filed: | November 17, 1992 | : |
| For: | SECURE TRANSACTION SYSTEM AND METHOD UTILIZED THEREIN | : Attorney Docket No. 6074-1 |

### INFORMATION DISCLOSURE STATEMENT

It is requested that the enclosed references listed on the attached Information Disclosure Citation Form PTO-1449 be considered by the Patent Examiner in connection with the above-identified application and be made of record therein.

Independent consideration and acknowledgment of the enclosed references are respectfully requested.

Respectfully submitted,

LEON STAMBLER

January 29, 1993     By: _____
    (Date)               Michael Q. Lee
                         Registration No. 35,239
                         PANITCH SCHWARZE JACOBS & NADEL
                         1601 Market Street - 36th Floor
                         Philadelphia, PA 19103
                         Telephone: (215) 567-2020

MQL/amh-djw