Exhibit G-6

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, ON THE DATE INDICATED BELOW.

BY _Margaret G. Ses_
DATE _August 18, 1993_

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Patent Application of Leon Stambler | : | Attn: Official Draftsman |
| Serial No.: | 07/977,385 | : | Group Art Unit: 2202 |
| Filed: | November 17, 1992 | : | Batch No.: P08 |
| For: | SECURE TRANSACTION SYSTEM AND METHOD UTILIZED THEREIN | : | Attorney Docket No. 6074-1 |

### TRANSMITTAL OF FORMAL DRAWINGS

In accordance with the Notice of Allowability mailed July 22, 1993, enclosed are fifteen (15) sheets of drawings (two copies each), figures 1 through 16, concerning the above-identified application.

It is respectfully submitted that the enclosed copies of Formal Drawings place this application in condition to be issued. The issue fee was paid on August 17, 1993.

Respectfully submitted,

_August 18, 1993_
Date

By _Martin G. Belisario_
MARTIN G. BELISARIO
Registration No. 32,886
PANITCH SCHWARZE JACOBS & NADEL
1601 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2020

MGB/MES/maj

19517.1