# Exhibit G-7

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C.
20231, ON THE DATE INDICATED BELOW.

BY _Elizabeth Q. McLoud_

DATE _10/24/95_

PATENT
BOX ISSUE FEE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:     Patent Application of        :Attn: Official Draftsman
           Leon Stambler               :

Appln. No.:  08/122,071               : Allowed July 31, 1995
                                       :
Filed:     September 14, 1993          : Batch No.: N77
                                       :
For:       SECURE TRANSACTION          : Attorney Docket
           SYSTEM AND METHOD           :    No. 6074-1U1
           UTILIZED THEREIN            :

TRANSMITTAL OF FORMAL DRAWINGS

In accordance with the Notice of Allowability accompanying the Notice of Allowance mailed July 31, 1995, enclosed are fifteen (15) sheets of drawings (2 copies each), figures 1 through 15B, concerning the above-identified application.

It is respectfully submitted that the enclosed copies of Formal Drawings place this application in condition to be issued. The issue fee was paid on September 27, 1995.

Respectfully submitted,

LEON STAMBLER

_October 24, 1995_          _Martin M. Belisario_
(Date)                       MARTIN G. BELISARIO
                             Reg. No. 32,886
                             PANITCH SCHWARZE JACOBS & NADEL, P.C.
                             1601 Market Street, 36th Floor
                             Philadelphia, PA 19103
                             (215) 567-2020

MGB:MES:eam

PSJN2/9053.1