Exhibit G-8

Attorney Docket No.  **6074-1**

## DECLARATION AND POWER OF ATTORNEY
### (Original Application)

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled **SECURE TRANSACTION SYSTEM AND METHOD UTILIZED THEREIN**

the specification of which (check one)

[X] is attached hereto.

[ ] was filed on _____

as Application Serial No. _____

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to herein.

I acknowledge the duty to disclose information which is material to patentability in accordance with Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119, of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**FOREIGN PRIORITY APPLICATION(S)**

|  |  |  | Priority Claimed |
|---|---|---|---|
| **N/A** (Number) | (Country) | (Day/month/ year filed) | [ ] Yes [ ] No |
| (Number) | (Country) | (Day/month year filed) | [ ] Yes [ ] No |

And I hereby appoint Ronald L. Panitch, Registration No. 22,825; William W. Schwarze, Registration No. 25,918; Alan S. Nadel, Registration No. 27,363; Leslie L. Kasten, Jr., Registration No. 28,959; Joel S. Goldhammer, Registration No. 22,130; Wallace D. Newcomb, Registration No. 14,823; John Jamieson, Jr., Registration No. 29,546; Martin G. Belisario, Registration No. 32,886; Kirk Baumeister, Registration No. 33,833; Michele L. Simons, Registration No. 34,962, a Patent Agent; and Michael Q. Lee, Registration No. 35,239, a Patent Agent; as my attorneys or agents with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Address all correspondence to PANITCH SCHWARZE JACOBS & NADEL, 1601 Market Street, 36th Floor, Philadelphia, Pennsylvania 19103. Please direct all communications and telephone calls to Michael Q. Lee at 215-567-2020.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both,

- 2 -

under Section 1001 of Title 18 of the United States Code and that
such willful false statements may jeopardize the validity of the
application or any patent issued thereon.

Full name of sole
  or first inventor _____ Leon Stambler _____

Inventor's Signature _____

Date ____ 11/16/92 _____

Residence _____ Parkland, Florida _____ 11/16/92 _____

Citizenship _____ U.S.A. _____

Post Office Address _____ 7803 Boulder Lane _____

_____ Parkland, Florida   33067 ____ 11/16/92 __

Full name of second joint
  inventor, if any _____

Inventor's Signature _____

Date _____

Residence _____

Citizenship _____

Post Office Address _____

_____

Full name of third joint
  inventor, if any _____

Inventor's Signature _____

Date _____

Residence _____

Citizenship _____

Post Office Address _____

_____

- 3 -