# Exhibit H-1

PANITCH SCHWARZE BELISARIO & NADEL LLP
Intellectual Property Law

One Commerce Square | 2005 Market Street | Suite 2200 | Philadelphia, PA 19103-7013

HOME | FIRM OVERVIEW | LAWYERS & ADVISORS | PRACTICE AREAS | NEWS ALERTS | CAREERS | CONTACT

VIDEO VAULT | NEWSLETTER | FOLLOW US | READ OUR BLOGS | TRADEMARK LAW WEBSITE

# Lawyers & Advisors

Print This Page

**LESLIE L. KASTEN JR.**, Senior Counsel
lkasten@panitchlaw.com
T: 215.965.1290
F: 215.965.1331

Printable Version | Download Vcard

Leslie L. Kasten Jr.'s practice focuses on patents.

Mr. Kasten oversees the preparation, filing and prosecution of U.S. and foreign patent applications in the electrical and mechanical technological arts. An authority on licensing and the transfer of technology, Mr. Kasten has extensive experience in counseling clients with regard to patent validity and infringement and the protection of computer software.

Prior to joining Panitch Schwarze Belisario & Nadel, Mr. Kasten was a partner of Akin Gump Strauss Hauer & Feld LLP. Before joining Akin Gump, Mr. Kasten was a partner at Panitch Schwarze Jacobs & Nadel, P.C. Previously, he was engaged in private practice in Philadelphia, and was in-house patent counsel at the General Electric Company.

Mr. Kasten has taught and lectured extensively, particularly in the area of the protection of computer software. He has been a lecturer in programs sponsored by the Philadelphia Bar Association and the Pennsylvania Bar Institute.

Mr. Kasten received his B.S.E.E. from Drexel University in 1970 and his J.D. cum laude in 1977 from the Dickinson School of Law, where he was a member of the *Law Review* and was elected to the Woolsack Honor Society. He received his LL.M. from the Temple University James E. Beasley School of Law in 1983. He is a member of the Pennsylvania and Ohio Bars, and is registered to practice before the U.S. Patent and Trademark Office.

Mr. Kasten is a member of the Pennsylvania Bar Association and is a past chairman of both the Membership Development Committee and the Advanced Technology and Computer Law Committees of the Corporate Business and Banking Law Section. In addition, he is a member of the Philadelphia Intellectual Property Law Association, and previously served as chairman of its Computer Practice Committee.

Mr. Kasten has been active in the Alumni Association of the Dickinson School of Law, serving as president of the Philadelphia Metropolitan Club and as vice president and president of the General Alumni Association.

**Contact Panitch Schwarze Belisario & Nadel LLP**

**Intellectual Property Law Attorney | Contact Us | Site Map | Privacy Policy**

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This

