# Exhibit H-2

Attorney Clark A. Jablon | Intellectual Property Lawyer | Intellectual Property Law Attorn... Page 1 of 3
Case 2:12-cv-00610-JRG Document 25-19 Filed 12/27/12 Page 2 of 3 PageID #: 285



# Lawyers & Advisors

**CLARK A. JABLON, Partner**
cjablon@panitchlaw.com
T: 215.965.1293
F: 215.965.1331

**Clark A. Jablon** is a founding partner of Panitch Schwarze Belisario & Nadel LLP (PSB&N) and is a registered patent attorney.

Mr. Jablon focuses his practice on all phases of patent prosecution, including drafting and prosecuting patent applications, preparing patentability and infringement opinions, conducting intellectual property due diligence investigations and providing litigation support for patent cases. He is experienced in all phases of electronics, computer hardware and software, Internet technologies and computer-implemented business methods.

Mr. Jablon has more than 28 years of experience in patent law, including eight years in the public sector as a Patent Examiner with the United States Patent and Trademark Office. Mr. Jablon was named in the 2010, 2011 and 2012 editions of Chambers USA.

**His patent litigation experience includes:**
Illinois Tool Works Inc. (SIMCO Division) v. Ion Systems, Inc.
IDN Technologies, LLC v. Verisign
Merit Industries, Inc. v. JVL Corporation
ITT Manufacturing Enterprises, Inc. v. Samsung and Sprint
Elantech Devices Corporation v. Synaptics, Inc.

**His technology proficiencies include:**
computer software/computer hardware
business methods, including financial applications and e-commerce
Internet technologies
electronic devices and hardware circuitry
RFID technology
medical imaging software
traffic (roadway) engineering
database replication
gaming equipment, casino management systems
web browser technology
cable TV technology (e.g., set-top boxes, signal generation/transmission)
financial instruments

http://www.panitchlaw.com/Lawyers-Advisors/Clark-A-Jablon.aspx 12/20/2012

- electronic payment systems
- electronic publishing
- social networks
- clinical trial automation software
- cryptography (e.g., encryption)
- smart cards
- digital rights management
- check processing, debit processing
- data compression
- ionization (electrostatic charge/discharge) devices
- GPS technology for cell phones
- touchpads

Prior to founding PSB&N, Mr. Jablon was Counsel at Akin Gump Strauss Hauer & Feld LLP. Previously, Mr. Jablon was an associate at Panitch Schwarze Jacobs & Nadel, and a Patent Agent at Seidel, Gonda, Lavorgna & Monaco, P.C.

Mr. Jablon received his B.E. with honors in electrical engineering in 1982 from the State University of New York at Stony Brook and his J.D. from the Temple University James E. Beasley School of Law in 1995. He is a member of the Pennsylvania Bar, the American Intellectual Property Law Association and the Philadelphia Intellectual Property Law Association.

Mr. Jablon has written and lectured extensively in the area of patent procurement and computer-implemented business methods and is a leading practitioner in the U.S. for procurement of computer-implemented business method patents.

**His articles include:**

"What Companies Need to Know about the Leahy-Smith America Invents Act (AIA) Patent Reform Legislation: Part I," Information Display Official Monthly Publication of the Society for Information Display, February/March 2012, also published in April 2012 PSB&N Intellectual Property Newsletter.

"What Companies Need to Know about the Leahy-Smith America Invents Act (AIA) Patent Reform Legislation: Part II," Information Display Official Monthly Publication of the Society for Information Display, April 2012

"What Companies Need to Know about the Leahy-Smith America Invents Act (AIA) Patent Reform Legislation: Part III," Information Display Official Monthly Publication of the Society for Information Display, May/June 2012

"Sweeping Patent Law Reform Enacted," September 2011 PSB&N Intellectual Property Newsletter.

"The importance of proper patent marking – What you don't know may hurt you, monetarily," July 2011 PSB&N Intellectual Property Newsletter.

"How to patent inventions on a tight corporate budget,"**Information Display, Official Monthly Publication of the Society for Information Display, October 2010, also published in November 2010 PSB&N Intellectual Property Newsletter.**

"Supreme Court Rules that Machine-Implemented Business Methods Are Still Patentable"**(Bilski business method decision), June 2010 PSB&N Intellectual Property Newsletter.**

"How to establish an effective patent program in a company that does not currently have a program or does not regularly seek patents,"**March 2010 PSB&N Intellectual Property Newsletter.**

"Recent Developments: How the Recession Has Affected the World of Patents'"**September 2009 PSB&N Intellectual Property Newsletter.**

A Primer on Establishing an Effective Patent Program, Information Display, Official Monthly Publication of the Society for Information Display, December 2007

"Understanding the Scope of Patents and Identifying Potential Infringement Issues," Information Display, Official Monthly Publication of the Society for Information Display, November 2007

"The increased importance of patent portfolio building in view of KSR v. Teleflex," Information Display, Official Monthly Publication of the Society for Information Display, October 2007

"Obtaining and Enforcing Patents: New Standards for Patentability of Inventions," Information Display, Official Monthly Publication of the Society for Information Display, September 2007

"Businessperson's Guide to the American Inventors Protection Act (AIPA)," Philadelphia Business Journal, January 26-February 1, 2001, B16

"Get Ready for More Internet Domain Names!!," Philadelphia Business Journal, March 23-29, 2001, B17