# Exhibit H-3



### Lawyers & Advisors

**MARTIN G. BELISARIO**, Partner
mbelisario@panitchlaw.com
T: 215.965.1303
F: 215.965.1331

Martin G. Belisario practices intellectual property and technology law, including representation before the United States Patent and Trademark Office and foreign patent offices, technology licensing, counseling and litigation. His practice focuses primarily on the mechanical arts, including transmissions, HVAC systems, small appliances, medical, software and electro/mechanical devices.

Mr. Belisario's experience encompasses a broad range of intellectual property and technology issues, including litigating patent disputes concerning validity and infringement of patents; providing opinions on patent infringement and validity; supervising the preparation and prosecution of both U.S. and foreign patents for large high technology portfolios; and providing counsel on portfolio strategy, including protection options. Mr. Belisario has argued before the European Patent Office and is a frequent speaker on the subjects of technology and intellectual property.

Prior to joining Panitch Schwarze Belisario & Nadel LLP, Mr. Belisario was a partner at Akin Gump Strauss Hauer & Feld, LLP and Panitch Schwarze Jacobs & Nadel, P.C. He began his career as a patent examiner with the United States Patent and Trademark Office.

Mr. Belisario received his B.S.M.E. in 1985 from Drexel University and his JD. cum laude in 1991 from Widener University, where he was a member of The Delaware Journal of Corporate Law.

Mr. Belisario is admitted to practice before the U.S. Court of Appeals for the Federal Circuit, the U.S. District Court for the Eastern District of Pennsylvania and the United States Patent and Trademark Office. He is a member of the Pennsylvania Bar Association and the Philadelphia Intellectual Property Law Association.

Mr. Belisario was named "America's Leading Lawyers for Business" in every edition of *Chambers USA* since 2005, and has been selected for inclusion in every edition of The Best Lawyers in America since 2007. In addition, he was named Pennsylvania "Super Lawyer" in a survey of his peers every year since 2006.

Mr. Belisario was published in the 2009 edition of The Licensing Journal, a periodical devoted to leaders in the Intellectual Property and Entertainment Industry. His article was entitled The Sky's the Limit: Understanding How Choice of Business Structure Can Impact the Success of Your Patent Licensing Strategy.

Mr. Belisario's lectures include:

"Leahy-Smith America Invents Act" Live Seminar & Webinar, Presenter, November 30, 2011.