# Exhibit I

Boards & Counsel > OED > Patent Attorney/Agent Search > Search Results > Detailed Information

| | |
|---|---|
| Last Name | Lee |
| First Name | Michael |
| Middle Name | Q |
| Suffix | |
| Firm Name | Sterne, Kessler, Goldstein & Fox P.L.L.C. |
| Address | 1100 New York Ave., NW |
| City | Washington |
| State/Province | DC |
| Postal Code | 20005 |
| Country | US |
| Primary Telephone | (202) 772-8674 |
| Registration Number | 35239 |
| Attorney/Agent | ATTORNEY |
| Date Registered as Agent | 03/24/1992 |
| Date Registered as Attorney | 09/04/2003 |

**Data extracted on Thu Dec 20 00:44:08 EST 2012**

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY |

Last Modified: 12/20/2012 EST