# Exhibit J



# Joseph Lerch

Principal at Joseph B. Lerch Law Office
Greater New York City Area | Law Practice

**Join LinkedIn and access Joseph Lerch's full profile.**

As a LinkedIn member, you'll join 175 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Joseph Lerch** know in common
- Get introduced to **Joseph Lerch**
- Contact **Joseph Lerch** directly

View Full Profile

## Joseph Lerch's Overview

| | |
|---|---|
| Current | **Principal** at **Joseph B. Lerch Law Office** |
| Past | Counsel at SorinRoyerCooper LLC<br>Counsel at Lerner David et al.<br>Principal at Darby & Darby |
| Education | Polytechnic Institute of NYU<br>Seton Hall Law School |
| Connections | **64** connections |

## Joseph Lerch's Experience

**Principal**
**Joseph B. Lerch Law Office**
June 2012 – Present (7 months) | Edison, NJ

Experienced in all aspects intellectual property acquisition, protection and enforcement, including patents, trademarks,copyrights, trade secrets and unfair competiton. Peer rated AV Preeminent for over 25 years.

**Counsel**
**SorinRoyerCooper LLC**
Privately Held; 1-10 employees; Law Practice industry
March 2011 – May 2012 (1 year 3 months)

**Counsel**
**Lerner David et al.**
January 2005 – February 2006 (1 year 2 months)

**Principal**
**Darby & Darby**
Privately Held; 51-200 employees; Law Practice industry
November 1976 – December 2004 (28 years 2 months)

## Joseph Lerch's Languages

- German

## Joseph Lerch's Skills & Expertise

Patent Prosecution | Patent Litigation | Licensing | Intellectual Property | Trade Secrets | Client Counseling | Patentability | Trademark Infringement | Patents | Prosecution | Litigation | Due Diligence | Trademarks | Legal Opinions | Copyright Law | Legal Writing | Privacy Law

## Joseph Lerch's Education

**Polytechnic Institute of NYU**
Master of Science (MS), Electrical and Electronics Engineering
*Activities and Societies:* Eta Kappa Nu

**Seton Hall Law School**
Jurisdoctor

Lin

## Joseph Lerch's Additional Information

Groups and Associations: DARBY & DARBY PROFESSIONAL CORPORATION Darby & Darby P.C.

Honors and Awards: Peer Rated AV Preeminent (5.0) by Martindale Hubbel

## Contact Joseph for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

## View Joseph Lerch's full profile to...

- See who you and **Joseph Lerch** know in common
- Get introduced to **Joseph Lerch**
- Contact **Joseph Lerch** directly

View Full Profile

Not the Joseph Lerch you were looking for? View more »

LinkedIn Corporation © 2011