# Exhibit L

Case 2:12-cv-00610-JRG   Document 25-24   Filed 12/27/12   Page 2 of 2 PageID #: 297

