# Exhibit M

Case 2:12-cv-00610-JRG   Document 25-25   Filed 12/27/12   Page 2 of 2 PageID #:  299

