# Exhibit N

**U.S. District Court -- Judicial Caseload Profile**

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | September 30 | | | | December 31 | | | |
| | | | 2007 | 2008 | 2009 | 2010 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings* | 17,699 | 13,703 | 13,705 | 12,082 | 12,027 | 11,701 | | |
| | | Terminations | 12,418 | 12,303 | 12,887 | 12,262 | 11,398 | 21,171 | | |
| | | Pending | 24,791 | 25,998 | 26,245 | 26,532 | 26,951 | 17,620 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | -2.7 | Over Last Year | 66 | 4 |
| | | | -33.9 | -14.6 | -14.6 | -3.2 | Over Earlier Years | | 92 | 6 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months** | 19.1 | 19.2 | 4.4 | 31.9 | 40.9 | 87.1 | | |
| **Actions per Judgeship** | **Filings** | Total | 632 | 490 | 490 | 432 | 430 | 417 | 54 | 4 |
| | | Civil | 576 | 433 | 428 | 374 | 370 | 364 | 35 | 3 |
| | | Criminal Felony | 35 | 36 | 40 | 35 | 37 | 33 | 85 | 5 |
| | | Supervised Release Hearings | 21 | 21 | 22 | 23 | 23 | 20 | 60 | 5 |
| | | Pending Cases | 885 | 929 | 937 | 948 | 963 | 629 | 14 | 3 |
| | | Weighted Filings** | 664 | 544 | 557 | 496 | 501 | 517 | 32 | 3 |
| | | Terminations | 444 | 439 | 460 | 438 | 407 | 756 | 8 | 1 |
| | | Trials Completed | 12 | 12 | 10 | 9 | 10 | 11 | 84 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 18.5 | 16.8 | 13.0 | 14.1 | 14.0 | 15.2 | 89 | 6 |
| | | Civil** | 9.8 | 8.4 | 6.4 | 8.1 | 7.8 | 36.6 | 93 | 6 |
| | From Filing to Trial (Civil Only)** | | 25.6 | 28.0 | 31.4 | 33.6 | 31.4 | 29.3 | 52 | 1 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old | 2,430 | 3,385 | 4,080 | 10,317 | 11,337 | 4,010 | | |
| | | | 11.3 | 14.8 | 17.7 | 44.3 | 48.0 | 27.9 | 87 | 6 |
| | | Average Number of Felony Defendants Filed per Case | 1.5 | 1.5 | 1.6 | 1.8 | 1.7 | 2.0 | | |
| | Jurors | Average Present for Jury Selection | 96.2 | 86.8 | 91.7 | 90.1 | 85.7 | 76.4 | | |
| | | Percent Not Selected or Challenged | 39.8 | 44.9 | 59.0 | 53.6 | 53.2 | 56.9 | | |

| **2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10,202 | 240 | 275 | 1,293 | 33 | 48 | 1,267 | 1,523 | 722 | 691 | 2,161 | 71 | 1,878 |
| Criminal* | 924 | 6 | 297 | 139 | 90 | 199 | 40 | 30 | 11 | 41 | 26 | 9 | 36 |

Click here for an explanation of the profile fields and nature of suit and offense classification.
* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | September 30 | | | | December 31 | | | |
| | | | 2007 | 2008 | 2009 | 2010 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings* | 3,873 | 3,498 | 3,725 | 3,599 | 3,868 | 3,784 | | |
| | | Terminations | 3,572 | 3,679 | 3,455 | 3,345 | 3,214 | 3,755 | | |
| | | Pending | 3,352 | 3,179 | 3,445 | 3,701 | 4,092 | 4,133 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | -2.2 | Over Last Year | 63 | 5 |
| | | | -2.3 | 8.2 | 1.6 | 5.1 | Over Earlier Years | | 70 | 4 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months** | 0.0 | 0.0 | 0.0 | 8.9 | 12.0 | 14.1 | | |
| **Actions per Judgeship** | **Filings** | Total | 484 | 437 | 466 | 451 | 483 | 473 | 38 | 4 |
| | | Civil | 403 | 358 | 399 | 374 | 409 | 402 | 27 | 2 |
| | | Criminal Felony | 81 | 79 | 67 | 76 | 74 | 71 | 39 | 3 |
| | | Supervised Release Hearings | 0 | 0 | 0 | 1 | 0 | 0 | - | - |
| | | Pending Cases | 419 | 397 | 431 | 463 | 512 | 517 | 23 | 3 |
| | | Weighted Filings** | 674 | 616 | 594 | 683 | 806 | 777 | 6 | 2 |
| | | Terminations | 447 | 460 | 432 | 418 | 402 | 469 | 36 | 3 |
| | | Trials Completed | 18 | 24 | 22 | 22 | 20 | 18 | 60 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.7 | 9.6 | 10.3 | 9.8 | 10.1 | 11.7 | 71 | 7 |
| | | Civil** | 9.0 | 9.2 | 10.8 | 9.6 | 9.5 | 9.0 | 54 | 4 |
| | | From Filing to Trial (Civil Only)** | 18.0 | 18.5 | 25.0 | 21.7 | 24.0 | 23.9 | 36 | 6 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old | 41 | 76 | 116 | 141 | 180 | 192 | | |
| | | | 1.5 | 2.9 | 4.0 | 4.6 | 5.3 | 5.6 | 47 | 6 |
| | | Average Number of Felony Defendants Filed per Case | 1.8 | 1.9 | 2.0 | 2.0 | 2.0 | 2.0 | | |
| | Jurors | Average Present for Jury Selection | 40.3 | 34.5 | 40.5 | 42.7 | 42.0 | 41.1 | | |
| | | Percent Not Selected or Challenged | 35.5 | 36.7 | 38.7 | 38.0 | 34.6 | 35.1 | | |

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,214 | 137 | 78 | 1,133 | 30 | 171 | 99 | 250 | 167 | 646 | 264 | 1 | 238 |
| Criminal* | 565 | 16 | 127 | 86 | 139 | 81 | 4 | 42 | 11 | 20 | 3 | 11 | 25 |

Click here for an explanation of the profile fields and nature of suit and offense classification.
* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."