# Exhibit O

**Table C-7.**
**U.S. District Courts—Intellectual Property Cases, Securities/Commodities/Exchanges Cases, and Bankruptcy Appeals Filed, Terminated, and Pending During the 12-Month Period Ending September 30, 2011**

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TOTAL** | | | | | |
| Filed | 2,297 | 4,015 | 3,628 | 1,402 | 2,227 |
| Terminated | 2,090 | 3,652 | 3,653 | 1,816 | 2,210 |
| Pending | 1,985 | 4,309 | 2,783 | 2,441 | 1,273 |
| **DISTRICT OF COLUMBIA** | | | | | |
| Filed | 14 | 42 | 15 | 25 | 30 |
| Terminated | 11 | 45 | 12 | 22 | 25 |
| Pending | 20 | 59 | 17 | 15 | 13 |
| **FIRST CIRCUIT** | | | | | |
| Filed | 57 | 91 | 85 | 44 | 81 |
| Terminated | 63 | 86 | 113 | 39 | 76 |
| Pending | 59 | 124 | 74 | 51 | 43 |
| MAINE | | | | | |
| Filed | 7 | 0 | 2 | 1 | 1 |
| Terminated | 3 | 2 | 4 | 3 | 1 |
| Pending | 4 | 1 | 1 | 1 | 1 |
| MASSACHUSETTS | | | | | |
| Filed | 35 | 76 | 56 | 38 | 52 |
| Terminated | 46 | 78 | 81 | 32 | 47 |
| Pending | 32 | 107 | 42 | 41 | 28 |
| NEW HAMPSHIRE | | | | | |
| Filed | 5 | 7 | 6 | 1 | 5 |
| Terminated | 5 | 2 | 6 | 2 | 4 |
| Pending | 5 | 8 | 8 | 2 | 1 |
| RHODE ISLAND | | | | | |
| Filed | 0 | 5 | 10 | 1 | 5 |
| Terminated | 5 | 4 | 11 | 1 | 7 |
| Pending | 1 | 5 | 8 | 1 | 1 |

## Table C-7. (September 30, 2011—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **PUERTO RICO** | | | | | |
| Filed | 10 | 3 | 11 | 3 | 18 |
| Terminated | 4 | 0 | 11 | 1 | 17 |
| Pending | 17 | 3 | 15 | 6 | 12 |
| **SECOND CIRCUIT** | | | | | |
| Filed | 276 | 243 | 428 | 387 | 249 |
| Terminated | 290 | 238 | 464 | 361 | 254 |
| Pending | 258 | 330 | 400 | 888 | 171 |
| **CONNECTICUT** | | | | | |
| Filed | 13 | 30 | 30 | 13 | 13 |
| Terminated | 15 | 35 | 31 | 13 | 17 |
| Pending | 9 | 34 | 29 | 14 | 8 |
| **NEW YORK NORTHERN** | | | | | |
| Filed | 11 | 6 | 16 | 1 | 20 |
| Terminated | 5 | 13 | 22 | 2 | 19 |
| Pending | 15 | 13 | 14 | 3 | 15 |
| **NEW YORK EASTERN** | | | | | |
| Filed | 46 | 37 | 83 | 22 | 53 |
| Terminated | 44 | 46 | 84 | 29 | 59 |
| Pending | 39 | 39 | 91 | 71 | 24 |
| **NEW YORK SOUTHERN** | | | | | |
| Filed | 203 | 148 | 282 | 341 | 148 |
| Terminated | 220 | 129 | 304 | 308 | 144 |
| Pending | 189 | 208 | 256 | 790 | 110 |
| **NEW YORK WESTERN** | | | | | |
| Filed | 2 | 12 | 11 | 4 | 14 |
| Terminated | 5 | 12 | 17 | 3 | 13 |
| Pending | 6 | 27 | 9 | 7 | 13 |
| **VERMONT** | | | | | |
| Filed | 1 | 10 | 6 | 6 | 1 |
| Terminated | 1 | 3 | 6 | 6 | 2 |
| Pending | 0 | 9 | 1 | 3 | 1 |

## Table C-7. (September 30, 2011—Continued)

| Circuit and District | Copyright | Patent | Trademark | SCE [1] | Bankruptcy Appeals |
|---|---|---|---|---|---|
| **TEXAS EASTERN** | | | | | |
| Filed | 15 | 738 | 22 | 7 | 22 |
| Terminated | 9 | 747 | 14 | 10 | 25 |
| Pending | 16 | 603 | 18 | 9 | 15 |
| TEXAS SOUTHERN | | | | | |
| Filed | 40 | 45 | 91 | 30 | 126 |
| Terminated | 33 | 44 | 91 | 31 | 89 |
| Pending | 46 | 50 | 66 | 44 | 76 |
| TEXAS WESTERN | | | | | |
| Filed | 31 | 41 | 56 | 18 | 48 |
| Terminated | 21 | 40 | 51 | 9 | 40 |
| Pending | 25 | 37 | 37 | 19 | 24 |
| **SIXTH CIRCUIT** | | | | | |
| Filed | 147 | 180 | 265 | 52 | 156 |
| Terminated | 97 | 205 | 258 | 66 | 177 |
| Pending | 153 | 199 | 224 | 114 | 77 |
| KENTUCKY EASTERN | | | | | |
| Filed | 1 | 4 | 10 | 1 | 17 |
| Terminated | 2 | 2 | 6 | 1 | 18 |
| Pending | 2 | 4 | 9 | 3 | 6 |
| KENTUCKY WESTERN | | | | | |
| Filed | 16 | 4 | 17 | 5 | 10 |
| Terminated | 3 | 6 | 20 | 8 | 19 |
| Pending | 17 | 6 | 15 | 5 | 5 |
| MICHIGAN EASTERN | | | | | |
| Filed | 29 | 68 | 88 | 10 | 70 |
| Terminated | 24 | 59 | 79 | 5 | 75 |
| Pending | 30 | 75 | 80 | 29 | 33 |
| MICHIGAN WESTERN | | | | | |
| Filed | 10 | 17 | 21 | 3 | 16 |
| Terminated | 9 | 16 | 17 | 3 | 15 |
| Pending | 9 | 17 | 17 | 4 | 7 |