# Exhibit P

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized ||||||||| Authorized Judgeships 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| Total | 241, 4T | 61, 2T, 4T/P, 1R/P | 30, 5T, 1R/P | 58, 3T, 4T/P, 1R/P | 113, 4T, 1R/P | 53, 8T, 2T/P | 61, 13T, 8T/P, 4R/P | 9 | 10 | 8, 7T, 4T/P, 1T/E | 667, 10T |
| **DC CIRCUIT** | | | | | | | | | | | |
| District of Columbia | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| **FIRST CIRCUIT** | | | | | | | | | | | |
| Maine | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Massachusetts | 5 | 1 | 0 | 0 | 4 | 1, 1T | 1, 1T/P | 0 | 0 | 0 | 13 |
| New Hampshire | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Rhode Island | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Puerto Rico | 1 | 1 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 7 |
| **SECOND CIRCUIT** | | | | | | | | | | | |
| Connecticut | 2 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 8 |
| New York, Northern | 2 | 0 | 0 | 0 | 1 | 1 | 1T | 0 | 0 | T/P | 5 |
| New York, Eastern | 6 | 2 | 0 | 1 | 1 | 2 | 3 | 0 | 0 | 0 | 15 |
| New York, Southern | 18 | 6 | 0 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 28 |
| New York, Western | 2 | 0 | 1 | 0 | 0 | 1T | 1T/P | 0 | 0 | 0 | 4 |
| Vermont | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| **FIFTH CIRCUIT** | | | | | | | | | | | |
| Louisiana, Eastern | 2 | 2 | 4 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 12[(2)] |
| Louisiana, Middle | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3[(2)] |
| Louisiana, Western | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 7 |
| Mississippi, Northern | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Mississippi, Southern | 1 | 1 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 6 |
| Texas, Northern | 3 | 2 | 0 | 1 | 3 | 1 | 2 | 0 | 0 | 0 | 12 |
| Texas, Eastern | 2 | 0 | 0 | 1 | 1 | 2 | 1 | 0 | 0 | 1T | 7, 1T |
| Texas, Southern | 4 | 1 | 2 | 1 | 5 | 0 | 5 | 0 | 1 | 0 | 19 |
| Texas, Western | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 0 | 1 | 2 | 13 |
| Canal Zone[(3)] | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **SIXTH CIRCUIT** | | | | | | | | | | | |
| Kentucky, Eastern | 1 | 0 | 0 | 1 | 2, 1T* | 0 | 0 | 0 | 1 | 0 | 5 |
| Kentucky, Western | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| Kentucky, Eastern &Western | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Michigan, Eastern | 6 | 2 | 0 | 2 | 3 | 2 | 0 | 0 | 0 | 0 | 15 |
| Michigan, Western | 2 | 0 | 0 | 0 | 2 | 0 | 1T* | 0 | 0 | 0 | 4 |
| Ohio, Northern | 5 | 1, 1T* | 1 | 1 | 1, 1T | 1T, 1T/P | 1T, 1T/P | 0 | 0 | 1T/E* | 11 |
| Ohio, Southern | 3 | 1T* | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 8 |
| Tennessee, Eastern | 2 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 5 |
| Tennessee, Middle | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| Tennessee, Western | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 5 |

## U.S. District Courts
## Additional Authorized Judgeships

| District | Authorized Judgeships 1960 | Additional Judgeships Authorized | | | | | | | | | Authorized Judgeships 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1961 | 1966 | 1970 | 1978 | 1984 | 1990 | 1999 | 2000 | 2002 | |
| **TENTH CIRCUIT** | | | | | | | | | | | |
| Colorado | 2 | 1 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 7 |
| Kansas | 2 | 1 | 1T | 1T/P | 1 | 0 | 1T | 0 | 0 | 0 | 5, 1T |
| New Mexico | 1, 1T | 1T/P | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 1T | 6, 1T |
| Oklahoma, Northern | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 3 |
| Oklahoma, Eastern | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Oklahoma, Western | 2 | 0 | 0 | 0 | 1 | 1 | 1, 1R/P | 0 | 0 | 0 | 6 |
| Oklahoma, Northern, Eastern & Western[7] | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Utah | 1, 1T | 1T/P | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 5 |
| Wyoming | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 3 |
| **ELEVENTH CIRCUIT** | | | | | | | | | | | |
| Alabama, Northern | 2 | 1 | 0 | 1 | 3 | 0 | 1T* | 0 | 0 | 1T | 7, 1T |
| Alabama, Middle | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| Alabama, Southern | 1 | 0 | 0 | 1R/P | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Alabama, Middle & Southern | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Florida, Northern | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| Florida, Middle | 0 | 0 | 1, 1R/P | 1 | 3 | 0 | 2 | 4 | 0 | 0 | 15[8] |
| Florida, Southern | 4 | 2 | 2 | 2 | 5 | 3 | 1 | 0 | 1 | 1T | 17, 1T[8] |
| Florida, Northern, Middle & Southern | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0[8] |
| Georgia, Northern | 2 | 1 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 11 |
| Georgia, Middle | 1, 1T | 1T/P | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 4 |
| Georgia, Southern | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |

Abbreviations:  P=Permanent; R=Roving; T=Temporary; T/P=Temporary to Permanent; R/P=Roving to Permanent.