# Exhibit Q



Google

Web **Flights** More

One way | CLT, RDU, GSO, ROA | to | New York (all airports)

Dates | Wed, January 30 | to | Add return date

**Nonstop** Airline Price Duration More

One way flight CLT, RDU, GSO, ROA to New York Wednesday, January 30

| Takeoff | Dur. | Arrival | Airline | Route | | Price |
|---|---|---|---|---|---|---|
| 6:15 am | 2h | 7:45 am | American | Nonstop | RDU-JFK | $59 |
| 6:50 am | 2h | 8:30 am | American | Nonstop | RDU-LGA | $59 |
| 8:20 am | 2h | 9:55 am | American | Nonstop | RDU-LGA | $59 |
| 2:30 pm | 2h | 4:05 pm | American | Nonstop | RDU-LGA | $59 |
| 2:40 pm | 2h | 4:30 pm | American | Nonstop | RDU-JFK | $59 |
| 3:27 pm | 2h | 5:00 pm | JetBlue | Nonstop | RDU-JFK | $59 |
| 3:50 pm | 2h | 5:29 pm | American | Nonstop | RDU-LGA | $59 |
| 5:15 pm | 2h | 7:10 pm | American | Nonstop | RDU-JFK | $59 |
| 5:25 pm | 2h | 7:10 pm | American | Nonstop | RDU-LGA | $59 |
| 6:40 pm | 2h | 8:20 pm | American | Nonstop | RDU-LGA | $59 |
| 7:50 pm | 2h | 9:25 pm | American | Nonstop | RDU-LGA | $59 |
| 7:00 am | 2h | 8:45 am | Delta | Nonstop | RDU-JFK | $60 |
| 4:15 pm | 2h | 5:59 pm | Delta | Nonstop | RDU-JFK | $60 |
| 11:36 am | 1h | 1:02 pm | JetBlue | Nonstop | RDU-JFK | $67 |
| 6:00 am | 2h | 7:59 am | Delta | Nonstop | CLT-LGA | $67 |
| 6:05 am | 2h | 7:55 am | American | Nonstop | CLT-LGA | $67 |
| 6:10 am | 2h | 7:53 am | US Airways / United | Nonstop | CLT-LGA | $67 |
| 7:40 am | 2h | 9:27 am | US Airways | Nonstop | CLT-JFK | $67 |
| 8:00 am | 2h | 9:45 am | US Airways / United | Nonstop | CLT-LGA | $67 |
| 9:05 am | 2h | 10:45 am | American | Nonstop | CLT-LGA | $67 |
| 9:15 am | 2h | 11:09 am | Delta | Nonstop | CLT-LGA | $67 |

Ads

**Fly From CLT To New York**
www.delta.com/
Book Your **Flight** To **New York**
With Delta Air Lines®!

Raleigh to **New York**
www.united.com/
**Fly** to **New York**/Newark and Get Our Guaranteed Lowest Fare.

400 Hotels in **New York**
www.booking.com/New-York-Hotels
Book your Hotel in **New York** online
Best Price Guarantee!

| | | | | | | |
|---|---|---|---|---|---|---|
| 9:30 am | 2h | 11:17 am | US Airways | Nonstop | CLT-JFK | $67 |
| 10:00 am | 2h | 11:49 am | US Airways / United | Nonstop | CLT-LGA | $67 |
| 10:45 am | 2h | 12:23 pm | JetBlue | Nonstop | CLT-JFK | $67 |
| 11:45 am | 2h | 1:35 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 12:00 pm | 2h | 1:55 pm | American | Nonstop | CLT-LGA | $67 |
| 12:10 pm | 2h | 2:06 pm | Delta | Nonstop | CLT-JFK | $67 |
| 12:20 pm | 2h | 2:15 pm | Delta | Nonstop | CLT-LGA | $67 |
| 1:05 pm | 2h | 2:47 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 1:15 pm | 2h | 3:03 pm | US Airways | Nonstop | CLT-JFK | $67 |
| 2:30 pm | 2h | 4:13 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 3:05 pm | 2h | 4:52 pm | US Airways | Nonstop | CLT-LGA | $67 |
| 3:10 pm | 2h | 5:05 pm | Delta | Nonstop | CLT-LGA | $67 |
| 4:10 pm | 2h | 5:55 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 4:20 pm | 2h | 6:15 pm | American | Nonstop | CLT-LGA | $67 |
| 5:45 pm | 2h | 7:40 pm | American | Nonstop | CLT-LGA | $67 |
| 5:50 pm | 2h | 7:45 pm | Delta | Nonstop | CLT-LGA | $67 |
| 6:10 pm | 2h | 8:00 pm | US Airways | Nonstop | CLT-JFK | $67 |
| 6:50 pm | 2h | 8:32 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 7:18 pm | 2h | 9:04 pm | JetBlue | Nonstop | CLT-JFK | $67 |
| 7:18 pm | 2h | 9:14 pm | Delta | Nonstop | CLT-LGA | $67 |
| 8:20 pm | 2h | 10:03 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 10:06 pm | 2h | 11:44 pm | US Airways / United | Nonstop | CLT-LGA | $67 |
| 10:11 pm | 2h | 11:53 pm | US Airways | Nonstop | CLT-JFK | $67 |
| 10:35 am | 1h | 12:00 pm | American | Nonstop | RDU-JFK | $79 |
| 6:00 am | 2h | 7:39 am | Delta | Nonstop | RDU-LGA | $80 |
| 7:30 am | 2h | 9:15 am | Delta | Nonstop | RDU-LGA | $80 |
| 9:00 am | 2h | 10:36 am | Delta | Nonstop | RDU-LGA | $80 |
| 11:00 am | 2h | 12:35 pm | Delta | Nonstop | RDU-LGA | $80 |
| 1:00 pm | 2h | 2:43 pm | Delta | Nonstop | RDU-LGA | $80 |
| 3:15 pm | 2h | 4:49 pm | Delta | Nonstop | RDU-LGA | $80 |
| 5:20 pm | 2h | 7:00 pm | Delta | Nonstop | RDU-LGA | $80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7:20 pm | 2h | 9:00 pm | Delta | Nonstop | RDU-LGA | $80 |
| 11:00 am | 2h | 12:30 pm | American | Nonstop | RDU-LGA | $87 |
| 1:05 pm | 2h | 2:45 pm | American | Nonstop | RDU-LGA | $87 |
| 9:10 am | 2h | 10:57 am | US Airways / United | Nonstop | CLT-LGA | $90 |
| 5:40 pm | 2h | 7:27 pm | US Airways | Nonstop | CLT-LGA | $90 |
| 1:00 pm | 2h | 2:40 pm | Delta | Nonstop | RDU-JFK | $106 |
| 6:35 am | 2h | 8:20 am | Delta | Nonstop | GSO-LGA | $222 |
| 10:54 am | 2h | 12:30 pm | Delta | Nonstop | GSO-LGA | $222 |
| 2:46 pm | 2h | 4:30 pm | Delta | Nonstop | GSO-LGA | $222 |
| 6:06 pm | 2h | 7:50 pm | Delta | Nonstop | GSO-LGA | $222 |
| 7:47 am | 2h | 9:30 am | US Airways | Nonstop | CLT-EWR | $274 |
| 9:55 am | 2h | 11:47 am | US Airways | Nonstop | CLT-EWR | $274 |
| 11:19 am | 2h | 1:00 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 11:50 am | 2h | 1:42 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 12:05 pm | 2h | 2:02 pm | United | Nonstop | CLT-EWR | $274 |
| 1:20 pm | 2h | 3:09 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 2:55 pm | 2h | 4:47 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 6:25 pm | 2h | 8:17 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 8:10 pm | 2h | 9:57 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 10:15 pm | 2h | 11:56 pm | US Airways | Nonstop | CLT-EWR | $274 |
| 7:00 am | 2h | 8:40 am | Delta | Nonstop | ROA-LGA | $342 |
| 6:00 am | 2h | 7:33 am | United | Nonstop | RDU-EWR | $539 |
| 8:38 am | 2h | 10:10 am | United | Nonstop | RDU-EWR | $539 |
| 10:55 am | 2h | 12:35 pm | United | Nonstop | RDU-EWR | $539 |
| 12:53 pm | 2h | 2:30 pm | United | Nonstop | RDU-EWR | $539 |
| 2:20 pm | 2h | 4:00 pm | United | Nonstop | RDU-EWR | $539 |
| 4:35 pm | 2h | 6:13 pm | United | Nonstop | RDU-EWR | $539 |
| 6:41 pm | 2h | 8:20 pm | United | Nonstop | RDU-EWR | $539 |
| 6:00 am | 2h | 7:53 am | United | Nonstop | CLT-EWR | $680 |
| 9:10 am | 2h | 10:54 am | United | Nonstop | CLT-EWR | $680 |
| 2:40 pm | 2h | 4:35 pm | United | Nonstop | CLT-EWR | $680 |

| 5:29 pm | 2h | 7:25 pm | United | Nonstop | CLT-EWR | **$680** |
|---|---|---|---|---|---|---|
| 8:47 am | 2h | 10:20 am | United | Nonstop | GSO-EWR | **$687** |
| 2:06 pm | 2h | 3:45 pm | United | Nonstop | GSO-EWR | **$687** |
| 6:32 pm | 2h | 8:16 pm | United | Nonstop | GSO-EWR | **$687** |

AD  Try this search on Travelocity - Orbitz - Expedia - Priceline - KAYAK - CheapOair

Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google